**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 365 EAL 2018
                                :
                    Respondent  :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
            v.                  :
                                :
                                :
MAALIK FAULKNER,                :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.